**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

May 24, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

Re:   Quezada v. LaLicious LLC.: Case No. 20-cv-10704-RA

Dear Judge Abrams:

We represent defendant LaLicious LLC ("Defendant") in the above-referenced matter.  Together with counsel for plaintiff, Jose Quezada, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 24, 2021 to July 8, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
05/25/2021

cc:   All counsel of record (by ECF)

US_Active\118267084\V-1