UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE QUEZADA, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>    -against-<br><br>LALICIOUS LLC<br><br>     Defendant. | Case No. 1:20-cv-10704-RA<br><br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Queens, New York
    June 30, 2021

                     Respectfully submitted,

                     *By: /s/ Mars Khaimov*
                     Mars Khaimov, Esq.
                     Mars Khaimov Law, PLLC
                     10826 64th Avenue, Second Floor
                     Forest Hills, New York 11375
                     marskhaimovlaw@gmail.com
SO ORDERED.              *Attorneys for Plaintiff*

_____
Hon. Ronnie Abrams
07/01/2021